JANET L. DURANT, Respondent, *v.* EDWARD C. CROWLEY, Individually and as Substituted Trustee under Trust Agreements Executed by WILLIAM W. DURANT, Appellant, and LAWRENCE T. DURANT et al., Respondents, Impleaded with Others.

*Trustees — accounting — investment of trust funds — when trustee properly surcharged with amount of speculative investment.*

*Durant* v. *Crowley*, 197 App. Div. 540, affirmed.

(Argued October 17, 1922; decided November 21, 1922.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered October 27, 1921, modifying and affirming as modified a judgment entered upon the report of a referee in an action for an accounting. The Appellate Division surcharged the account of the trustee with the amount of a mortgage loan upon real property and unpaid

interest thereon upon the ground that in making the investment in question he did not exercise the care and foresight that an ordinarily prudent man should have exercised in his own affairs.

*Samuel Seabury* and *E. C. Crowley* for appellant.

*Warren McConihe* for plaintiff, respondent.

*William H. Hamilton* and *Norman C. Conklin* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: Hiscock, Ch. J., Hogan, Cardozo, McLaughlin, Crane and Andrews, JJ. Not voting: Pound, J.